**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 67.86.170.47,<br><br>           Defendant. | Case No. 2:23-cv-00718-EP-AME<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 67.86.170.47 are voluntarily dismissed without prejudice.

DATED: May 2, 2023                              Respectfully submitted,

                                                                **THE ATKIN FIRM, LLC**

                                                                *Attorneys for Plaintiff,*
                                                                *Strike 3 Holdings, LLC*

                                                                */s/ John C. Atkin, Esq.*
                                                                John C. Atkin, Esq.

SO ORDERED

    s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 5/4/2023

1